# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

—————————————

## No. 201700354

—————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JACRI A. WRIGHT
Seaman Recruit (E-1), U.S. Navy
Appellant

—————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commander, Navy Region Northwest,
Silverdale, WA
Staff Judge Advocate's Recommendation: Commander Justin L.
Hawks, JAGC, USN.
For Appellant: Lieutenant Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

—————————————

Decided 17 April 2018

—————————————

Before MARKS, JONES, and STEPHENS, *Appellate Military Judges*

—————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court